IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

In re CARIBBEAN PETROLEUM LP., *et al.*[1]

Bankruptcy Case No. 01-11657 (PJW)

| | |
|---|---|
| Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust, And On Behalf Of The Estates Of The Above-Captioned Debtors, Caribbean Petroleum, *et al.*, | |
| Plaintiff, | |
| v. | |
| Universal Chemical | Civil Action No. 04-427 SLR |
| Solares & Co., Inc. | Civil Action No. 04-428 SLR |
| Popular Inc. | Civil Action No. 04-429 SLR |
| The Canada Life Ins., et al | Civil Action No. 04-430 SLR |
| Wackenhut PR Inc. | Civil Action No. 04-431 SLR |
| LL Mechanical | Civil Action No. 04-432 SLR |
| Camioneros Cooperat. | Civil Action No. 04-433 SLR |
| A.I. Credit Corp. | Civil Action No. 04-434 SLR |
| Ponce Maintenance | Civil Action No. 04-435 SLR |
| McConnell | Civil Action No. 04-436 SLR |
| Centennial PR | Civil Action No. 04-437 SLR |
| Texaco Industries | Civil Action No. 04-438 SLR |
| American Express | Civil Action No. 04-439 SLR |
| First International | Civil Action No. 04-440 SLR |
| Industrial Hydrovac | Civil Action No. 04-441 SLR |
| Gulf Chemical Corp. | Civil Action No. 04-442 SLR |
| Defendants. | |

State of Delaware    )
                     ) ss:
County of New Castle )

### AFFIDAVIT OF SERVICE

Marlene Chappe, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C., and that

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

DOCS_DE:107190.1

on the 13th of April 2005, she caused a copy of the foregoing *Order*, scheduling an in-person status conference for all Caribbean Petroleum adversary proceedings to be held on May 13, 2005 at 9:30 a.m., to be served upon the parties listed on the attached service list in the matter indicated herein.

*[signature]*
Marlene Chappe

Sworn to and subscribed before
me this 13th day of April 2005

*[signature]*
Notary Public

My Commission Expires: 03-21-06

VANESSA A. PRESTON
Notary Public - State of Delaware
My Comm. Expires March 21, 2006