IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re CARIBBEAN PETROLEUM LP., *et al.*[1] | Bankruptcy Case No. 01-11657 (PJW) |

| | |
|---|---|
| Hernan Serrano, Trustee of the Caribbean Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned Debtors, Caribbean Petroleum, *et al.*, | |
| Plaintiff, v. | |
| Universal Chemical Corporation | Civil Action No. 04-427 SLR |
| Solares & Co., Inc. | Civil Action No. 04-428 SLR |
| Popular Auto Inc. | Civil Action No. 04-429 SLR |
| Canada Life Assurance Company | Civil Action No. 04-430 SLR |
| Wackenhut PR Inc. | Civil Action No. 04-431 SLR |
| LL Mechanical Contractors & Electronic, Inc | Civil Action No. 04-432 SLR |
| Camioneros Cooperative | Civil Action No. 04-433 SLR |
| A.I. Credit Corp.; Imperial A.I. Credit Companies | Civil Action No. 04-434 SLR |
| Ponce Maintenance | Civil Action No. 04-435 SLR |
| McConnell Valdes | Civil Action No. 04-436 SLR |
| Centennial PR | Civil Action No. 04-437 SLR |
| Texaco Industries, Inc. | Civil Action No. 04-438 SLR |
| American Express | Civil Action No. 04-439 SLR |
| First International Oil LTD | Civil Action No. 04-440 SLR |
| Industrial Hydrovac Services, Inc. | Civil Action No. 04-441 SLR |
| Gulf Chemical Corp. | Civil Action No. 04-442 SLR |
| Defendants. | |

**NOTICE OF AGENDA OF MATTERS SET FOR
STATUS CONFERENCE ON MAY 13, 2005 AT 8:30 A.M.**

PLEASE TAKE NOTICE that Hernan Serrano, Trustee of the Caribbean

Petroleum Creditors' Trust, and on behalf of the estates of the above-captioned debtors,

Caribbean Petroleum, *et al.*, as authorized representative in the above-captioned cases, hereby

---

[1] The debtors are the following entities: Caribbean Petroleum, LP; Caribbean Oil LP; Caribbean Petroleum Refining LP; Gulf Petroleum (Puerto Rico) Corporation and Caribbean Petroleum Corporation.

1

submits the attached status report with respect to the matters set for status conference on May 13, 2005. (See Exhibit A attached hereto).

Dated: May 6, 2005         PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                             & WEINTRAUB P.C.

                                             _____
                                             Laura Davis Jones (Bar No. 2436)
                                             Bruce Grohsgal (Bar No. 3583)
                                             919 North Market Street, 16th Floor
                                             P.O. Box 8705
                                             Wilmington, DE  19899-8705 (Courier 19801)
                                             Telephone:  (302) 652-4100
                                             Facsimile:   (302) 652-4400

                                             Counsel to the Plaintiff, Hernan Serrano, Trustee of the
                                             Caribbean Petroleum Creditors' Trust